# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.,**<br><br>Defendants. | Civil Action No. 2:20-cv-109-JRG |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants LG Electronics Inc. and LG Electronics USA, Inc. ("Defendants") respectfully request leave to file under seal their Motion to Transfer for Improper Venue Pursuant to 28 U.S.C. § 1406(a) (the "Motion") and supporting declarations and exhibits. There is currently no Protective Order entered in this matter. Nevertheless, Defendants' Motion, declaration, and exhibits thereto refer to and include documents designated "confidential" and constituting Defendants' business information. Plaintiff has informed Defendants that Plaintiff does not oppose this Motion for Leave to File Documents Under Seal.

Dated: August 5, 2020

By: */s/ Allan A. Kassenoff*_____

Melissa R. Smith
Andrew T. Gorham
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Email: tom@gillamsmithlaw.com

Richard A. Edlin
Allan A. Kassenoff
Elana B. Araj
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10002
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: edlinr@gtlaw.com
Email: kassenoffa@gtlaw.com
Email: araje@gtlaw.com

Vivian S. Kuo
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3158
Email: kuov@gtlaw.com

Andrew R. Sommer
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1370
Email: sommera@gtlaw.com

*Attorneys for Defendants LG Electronics Inc. and LG Electronics USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of August, 2020, all counsel of record are being served with a copy of this document via email.

                                                   */s/ Allan A. Kassenoff*
                                                   Allan A. Kassenoff