# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, § § § **Plaintiff,** § § **v.** § § LG ELECTRONICS, INC., and § LG ELECTRONICS U.S.A., INC., § § **Defendants.** § | **JURY TRIAL DEMANDED** **CIVIL ACTION NOS. 2:20-CV-00107-JRG** **2:20-CV-00108-JRG** **2:20-CV-00109-JRG** |

## PLAINTIFF'S NOTICE OF SERVICE OF INITIAL AND ADDITIONAL DISCLOSURES

Plaintiff Cellular Communications Equipment LLC notifies the Court that Plaintiff served its initial and additional disclosures on Defendants LG Electronics, Inc. ("LG KR") and LG Electronics U.S.A., Inc. ("LG USA") (collectively "LG" or "Defendants") on October 14, 2020 through their counsel of record. Service was made via electronic mail.

Dated: October 15, 2020

Respectfully submitted,

/s/ *Patrick J. Conroy*
Patrick J. Conroy
Texas Bar No. 24012448
T. William Kennedy Jr.
Texas Bar No. 24055771
Jonathan H. Rastegar
Texas Bar No. 24064043
Jerry D. Tice, II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
pconroy@bcpc-law.com
bkennedy@bcpc-law.com

jrastegar@bcpc-law.com
jtice@bcpc-law.com

**Attorneys for Plaintiff**
**Sovereign Peak Ventures, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

/s/ *Jonathan H. Rastegar*
Jonathan H. Rastegar