AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of Texas** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-00109 | DATE FILED<br>4/14/2020 | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>SOVEREIGN PEAK VENTURES, LLC | | DEFENDANT<br>LG ELECTRONICS, INC., and<br>LG ELECTRONICS U.S.A., INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,902,871 | 12/2/2014 | SOVEREIGN PEAK VENTURES, LLC |
| 2 | 9,357,441 | 5/31/2016 | SOVEREIGN PEAK VENTURES, LLC |
| 3 | 10,039,144 | 7/31/2018 | SOVEREIGN PEAK VENTURES, LLC |
| 4 | 9,431,017 | 8/30/2016 | SOVEREIGN PEAK VENTURES, LLC |
| 5 | 9,747,903 | 8/29/2017 | SOVEREIGN PEAK VENTURES, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,102,861 | 10/16/2018 | SOVEREIGN PEAK VENTURES, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Court ACCEPTS and ENTERS the same and RECGONIZES that all claims asserted in the above-captioned matter are DISMISSED WITH PREJUDICE. |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>ch | DATE<br>**11/30/20** |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

Print   Save As...   Reset